COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Cause number and style:   01-16-00120-CR;
*Ashley Mere Howard v. State of Texas*

Date motion filed:   May 10, 2017

Party filing motion:   Appellant, Ashley Mere Howard

The justices of the Court have unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature:   /s/ Harvey Brown
                     Acting for the En Banc Court*

Date: July 25, 2017

*En banc Court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Lloyd.